UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:
Luke Leon Tooley

Chapter 7
Case No: 19-41928 -CJP

*Debtor(s).*

_____/

**CREDITOR LANCE LACONI'S MOTION TO REOPEN**

In accordance with 11 U.S.C. § 105; Fed. R. Bank. P. 1009(a); MLBR Rule 1009-1(b); and MLBR Rule 9013-1(d) and (e), Fed. R. Bank. P. 5010, and 11 U.S.C. § 350(b), Mr. Lance Laconi ("Creditor" or "Laconi"), hereby moves this Honorable Court for an order Reopening the Chapter 7 Bankruptcy Case of Luke Leon Tooley ("Debtor" or "Tooley") so that the Creditor may seek redress for an inaccurate and ostensibly fraudulent proof of claim ("POC") filed by another creditor (Michael Ghosh) in the bankruptcy case.  As reasons for allowing this present motion the Debtor states the following:

1. Debtor's case was filed on December 11, 2019.
2. On April 17, 2020, Michael Ghosh filed a POC (POC Number 3, 3-1) in the Debtor's case asserting a total claim of $159,567.13, and further asserting that $47,300.51 of that claim was entitled to priority status treatment as a domestic support obligation (including alimony and child support) pursuant to 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
3. On December 20, 2021, the Chapter 7 Trustee (Joseph H. Baldiga, Esq.) filed the Trustee's Final Report and Account After Distribution ("Trustee's Final Report" [Docket Number 260]) indicating that $7,500.00 had been distributed from the Bankruptcy Estate (the "Estate") to creditor Michael Ghosh, specifically with respect to the priority general unsecured claim of $47,300.51 (See, Docket Number 260 at Exhibit 6 thereof).
4. The Court closed the debtor's bankruptcy case on April 18, 2022.
5. Laconi has just recently learned of this $7,500.00 distribution from the Estate to Michael Ghosh, and of Michael Ghosh's POC asserting priority status treatment in part.
6. Upon information and belief, Michael Ghosh never held a claim against the debtor entitled to priority treatment as a domestic support obligation (including alimony and child support) pursuant to 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
7. Pursuant to Fed. R. Bank. P. 5010, and § 350(b) of the Bankruptcy Code "A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause." (11 U.S.C. § 350(b)).  Laconi, as a creditor of

the debtor's, and a party-in-interest, has suffered damages as a result of the $7,500.00 distribution from the Estate to Michael Ghosh, and Laconi wishes to reopen the debtor's bankruptcy case so that he may seek redress for the same.

For the foregoing reasons creditor Lance Laconi respectfully requests that this Honorable Court take the following action:

A. Schedule a hearing on this matter in fourteen (14) days, only if the Court should deem it necessary; and/or
B. If no objection(s) to this motion have been filed with the Court within the required time-frame, that the Court then grant this motion and issue an Order reopening the chapter 7 bankruptcy case of Luke Leon Tooley.

Dated: October 29, 2024

Respectfully submitted,
Lance Laconi
By his counsel,

**/s/ David C. Crossley**
DAVID C. CROSSLEY, ESQ. (BBO#648197)
For CROSSLEY LAW OFFICES, LLC
448 Concord Street / Route 126
Framingham, MA 01702
Tel. (508) 655-6085
Fax: (508) 310-9022
Email: dcrossley@crossley-law.com

## CERTIFICATE OF SERVICE

I, David C. Crossley of CROSSLEY LAW OFFICES, LLC, do hereby certify that on October 29, 2024, I caused to be served a copy of the foregoing on the service list below by having a copy of same mailed by first class mail, postage prepaid or other method specified on the service list, including by electronic notice to the Bankruptcy Court and thereby to the individual(s) listed on the N.E.F. (Notice of Electronic Filing).

DATED: October 29, 2024

Respectfully submitted,

**/s/ David C. Crossley**
DAVID C. CROSSLEY, ESQ. (BBO#648197)
For CROSSLEY LAW OFFICES, LLC
448 Concord Street / Route 126
Framingham, MA 01702
Tel. (508) 655-6085
Fax: (508) 310-9022
Email: dcrossley@crossley-law.com
Attorneys for Lance Laconi

Via CM/ECF
Joseph H. Baldiga, Esq., (Chapter 7 Trustee)
Richard King, Esq., (Office of the U.S. Trustee)

VIA U.S. MAIL

All creditors and parties in interest on the mailing matrix annexed hereto.

Label Matrix for local noticing
0101-4
Case 19-41928
District of Massachusetts
Worcester
Tue Oct 29 09:09:48 EDT 2024

U. S. Bankruptcy Court
595 Main Street
Worcester, MA 01608-2060

Boston Medical Hospital
One Boston Medical Center Place
Boston, MA 02118-2999

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

Indianapolis Star (IndyStar)
PO BOX 677553
Dallas, TX 75267-7553

Lance Laconi
1089 3rd Avenue SW
Carmel, IN 46032-7584

MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
100 CAMBRIDGE STREET
P.O.BOX 9564
BOSTON, MA 02114-9564

Menards
1715 E Havens Street
Kokomo, IN 46901-3177

Michael Ghosh
275 Medical Drive #313
Carmel, IN 46082-0115

Nissan Motor Acceptanc
Po Box 660360
Dallas, TX 75266-0360

Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161-0244

UAP Clinic llc
75 Remittance Drive,
Chicago, IL 60675-6532

Us Dept Ed
Po Box 7202
Utica, NY 13504-7202

Craig R. Jalbert
Verdolino & Lowey, P.C.
Verdolino & Lowey, P.C.
124 Washington Street
Foxboro, MA 02035-1368

David G. Baker
236 Huntington Ave.
Suite 317
Boston, MA 02115-4701

David G. Baker
Baker Law Offices
255 Massachusetts Avenue
Suite 614
Boston, MA 02115-3512

Holly H. Hines
Holly H. Hines
91 Merriam Avenue
Leominster, MA 01453-3178

Joseph H. Baldiga
Mirick, O'Connell, DeMallie & Louge
1800 West Park Drive
 Suite 400
Westborough, MA 01581-3960

Luke Leon Tooley
16 pines rd
Billerica, MA 01821-5180

Matthew J. Kidd
Law Office of Matthew Kidd
12 Ericsson Street Ste. 201
Boston, MA 02122-3716

Michael Ghosh
The Ghosh Law Office, LLC
275 Medical Drive #313
Carmel 1, IN 46082-0115

Richard King
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608-2361

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Lance Laconi
1089 3rd Avenue SW
Carmel, IN 46032-7584

End of Label Matrix
Mailable recipients    21
Bypassed recipients     1
Total                  22